**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

MARION A. MORSE,

               Plaintiff,

        v.

HOLLAND AMERICA LINE N.V., a Curacao
corporation; and HAL ANTILLEN N.V., a Curacao
corporation,

               Defendants.

No. 2:17-cv-00871 MJP

**ORDER OF DISMISSAL**

ORDER OF DISMISSAL

     Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby

dismissed with prejudice, and without costs.

     Dated this 1st day of March, 2018.

_____
Marsha J. Pechman
United States District Judge

**ORDER OF DISMISSAL**
Page 1 - No. 2:17-cv-00871-MJP